OPHIR JOHNA (SBN 228193)
OJohna@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Ste. 650
Los Angeles, CA 90067
Telephone: 310.596.4500
Facsimile: 205.254.1999

Attorneys for Defendant
The Lincoln National Life Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERRY T. CHARTER, an individual, and TRUSTEE OF THE THOMAS E. CHARTER IRREVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; LINCOLN NATIONAL CORPORATION; ASH BROKERAGE, L.L.C., LINCOLN FINANCIAL GROUP, INC., AND DOES 1-25,<br><br>Defendants. | Case No. 2:25-cv-03011-JAM-SCR<br><br>(Hon. John a. Mendez)<br><br>**<u>FIRST</u> STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed: September 11, 2025 |

Plaintiff Perry T. Charter, as Trustee of the Thomas E. Charter Irrevocable Trust ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and jointly request, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Eastern District of California Local Rule 144, that the Court modify certain pretrial deadlines as follows:

**RECITALS**

1. This case was initiated through the filing of a complaint on September 11, 2025, and removed to this Court on October 17, 2025. (ECF No. 1). The operative, First Amended Complaint was filed on December 8, 2025. (ECF No. 20).

2. On March 19, 2026, the Court entered its Pretrial Scheduling Order, (ECF No. 36), which, among other things, set the following deadlines:

a) expert witness disclosures under Federal Rule of Civil Procedure 26(a)(2) to be exchanged by November 13, 2026;

b) supplemental disclosure and disclosure of rebuttal experts under Federal Rule of Civil Procedure 26(a)(2)(C) to be exchanged by December 4, 2026; and

c) completion of all discovery by January 8, 2027.

3. Since entry of the Pretrial Scheduling Order, the Parties have diligently pursued discovery. The Parties have conducted written discovery and have taken four (4) depositions of fact witnesses to date. The depositions conducted to date have included deposition taken in North Carolina and New Hampshire, requiring cross-country travel by counsel for both Parties.

4. Additionally, the Parties anticipate that approximately four to six (4–6) additional non-expert depositions remain to be taken before the Parties will be in a position to make their expert disclosures. Based on the availability of counsel and the witnesses, those non-expert depositions are expected to be completed in November and early December.

5. The Parties believe it is in the interests of justice to complete the remaining non-expert depositions prior to the submission of expert disclosures, so that expert reports may include opinions fully informed by the factual record. Completing the remaining fact witness depositions

before the expert disclosure deadline may avoid the need for subsequent motion practice concerning the scope of expert testimony.

6. Therefore, the Parties believe good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the Pretrial Scheduling Order by extending the expert disclosure and discovery completion dates by approximately 30 days. The requested extension will not affect the dispositive motion filing deadline (March 5, 2027) or any other dates, including the final pretrial conference (July 9, 2027) and the trial (August 16, 2027).

7. The requested extension is sought in good faith and not for purposes of delay. This is the Parties' first request to continue the deadlines addressed herein.

## STIPULATION

**NOW, THEREFORE**, the Parties hereby **STIPULATE AND AGREE**, and respectfully request that the Court Order, that the following deadlines set forth in the Pretrial Scheduling Order (ECF No. 36) are modified as follows:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Expert witness disclosures (Fed. R. Civ. P. 26(a)(2)) | November 13, 2026 | December 14, 2026 |
| Supplemental disclosure and disclosure of rebuttal experts (Fed. R. Civ. P. 26(a)(2)(C)) | December 4, 2026 | January 18, 2027 |
| Completion of all discovery | January 8, 2027 | February 8, 2027 |

All other dates and deadlines set forth in the Pretrial Scheduling Order shall remain unchanged.

///

**IT IS SO STIPULATED.**

Dated: October 22, 2026

MAYNARD NEXSEN LLP

By: */s/ Ophir Johna*
OPHIR JOHNA
Attorneys for Defendant The Lincoln National Life Insurance Company

Dated: October 22, 2026

NOLEN LAW FIRM

By: */s/ Rudy Nolen* (as authorized on 10/22/2026)
RUDY NOLEN
Attorney for Plaintiff

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the first stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| **Deadline** | **Previous Date** | **New Date** |
|---|---|---|
| Expert witness disclosures (Fed. R. Civ. P. 26(a)(2)) | November 13, 2026 | **December 14, 2026** |
| Supplemental disclosure and disclosure of rebuttal experts (Fed. R. Civ. P. 26(a)(2)(C)) | December 4, 2026 | **January 18, 2027** |
| Completion of all discovery | January 8, 2027 | **February 08, 2027** |

All other dates, deadlines, and instructions contained in the Pretrial Scheduling Order (ECF No. 36) shall remain in effect.

**IT IS SO ORDERED.**

Dated: October 30, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE